14,817 — 09

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

Dear Mr. Acosta,                    January 5, 2014

On 12/31/2014 my Writ of Habeas Corpus was forwarded to your Court for consideration.
Trial Court Cause NO. CR22946 (Brown County)
Writ Cause NO. CR22946-A (Brown County)

Please let me know you received it. Also, please send me my Writ Number. Thank you.

My address is: Benito Vasquez Diaz
#1947071
Dick Ware Unit
1681 S. FM 3525
Colorado City, TX 79512

Thank you for your assistance in this matter.

Sincerely yours,
Benito Vasquez Diaz